U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 8 2006

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

YOLANDA PENNINGTON PERKINS, )
)
)
Plaintiff )
)
v. )          CIVIL ACTION NO. 05-1975
)
JO ANNE B. BARNHART, )          DISTRICT JUDGE HICKS
Acting Commissioner of the Social )
Security Administration, )          MAGISTRATE JUDGE HORNSBY
)
Defendant )

## JUDGMENT

Upon consideration of Defendant's Unopposed Motion to Remand, the Court finds that the Motion is well-taken and should be granted. Therefore, the Court, ORDERS, ADJUDGES, AND DECREES that the above-captioned matter be remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further administrative proceedings.

SIGNED this _18th_ day of September, 2006 in Shreveport, Louisiana.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
        MAG.